FILED
2017 DEC -6 PM 4:28
U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | JUDGE ADAMS |
| Plaintiff, ) | |
| ) | CASE NO. 1:17 CR 505 |
| v. ) | Title 18, Section 922(g)(1), |
| ) | United States Code |
| SHARRIEFF MUHAMMAD, aka ) | |
| ROBERT WHITE ) | |
| ) | |
| Defendant. | |

COUNT 1

The Grand Jury charges:

On or about October 19, 2017, in the Northern District of Ohio, Eastern Division, SHARRIEFF MUHAMMAD, aka ROBERT WHITE, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that being Aggravated Robbery with specifications, in Case Number CR 230376, in the Cuyahoga County Court of Common Pleas, on or about June 9, 1989, did knowingly possess in and affecting interstate commerce a firearm, to-wit: a Norinco rifle, model SKS, 7.62 mm caliber, with a partially obliterated serial number 91xxxx0, and ammunition, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.